UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:21-cr-227-SDM-AAS

MARY LOU BJORKMAN

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS    related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

8:21-cr-244-MSS-AAS
8:21-cr-206-MSS-TGW

*All the actions relate to a singular enterprise that ran a series of for-profit websites trafficking sexualized images and videos of minors, some of which depicted minors engaged in sexually explicit conduct.*

☐ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: August 12, 2021

                                          Respectfully submitted,

                                          KARIN HOPPMANN
                                          Acting United States Attorney

By:   */s/ Francis D. Murray*
        Francis D. Murray
        Assistant United States Attorney
        Florida Bar No. 0108567
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Francis.Murray2@usa.doj.gov

U.S. v. Mary Lou BjorkmanCase No. 8:21-cr-227-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Francis D. Murray
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov