UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                  CASE NO. 8:21-cr-227-SDM-AAS

MARY LOU BJORKMAN

## MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF BJORKMAN'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

## MEMORANDUM OF LAW

This Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant provided truthful and timely information to the United States which resulted in charges against one of her co-conspirators in the Newstar Enterprise. The United States believes that, because of her efforts on behalf of the United States, Mary Lou Bjorkman should receive a two-level reduction in her offense level for her assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for a two-level downward departure of defendant's sentence.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney


By:   */s/Francis D. Murray*
      Francis D. Murray
      Assistant United States Attorney
      Florida Bar No. 0108567
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:    (813) 274-6358
      E-mail:   Francis.Murray2@usdoj.gov

U.S. v. BJORKMAN                                         Case No. 8:21-cr-227-SDM-AAS

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bjorn Brunvand, Esq.

                                                 /s/Francis D. Murray
                                               Francis D. Murray
                                               Assistant United States Attorney
                                               Florida Bar No. 0108567
                                               400 N. Tampa Street, Suite 3200
                                               Tampa, Florida 33602-4798
                                               Telephone:   (813) 274-6000
                                               Facsimile:   (813) 274-6358
                                               E-mail:   Francis.Murray2@usdoj.gov